KENNETH T. STIERS, APPELLANT, v. CITY OF UNION CITY, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY AND DEPARTMENT OF CIVIL SERVICE OF THE STATE OF NEW JERSEY, RESPONDENTS.

Argued November 19, 1963—Decided December 16, 1963.

*Mr. Louis P. Church* argued the cause for appellant.

*Mr. Archie Usdin* argued the cause for respondent City of Union City (*Mr. Cyril J. McCauley,* attorney).

*Miss Marilyn H. Loftus,* Deputy Attorney General, argued the cause for respondent Department of Civil Service of the State of New Jersey (*Mr. William L. Boyan,* Deputy Attorney General, on the brief; *Mr. Arthur J. Sills,* Attorney General of New Jersey, attorney).

The opinion of the court was delivered

PER CURIAM. Appellant, a policeman, was removed from the force after a hearing upon charges. The Civil Service Commission sustained that action and the Appellate Division affirmed unanimously. Urging that a substantial constitutional issue was involved, appellant appealed to us purportedly as of right. *R. R.* 1 :2–1(a). The municipality answered and simultaneously moved to dismiss. We held the motion pending argument on the appeal.

The alleged constitutional issue is frivolous. The appeal is therefore dismissed. *Klotz v. Lee,* 21 *N. J.* 148, 155 (1956). We add that had certification been sought it would have been denied, and hence appellant suffered no loss because of that procedural failure. No costs.

*For dismissal* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.